# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   SHIRLEY A. WILSON                                    Case Number: 06-72053
20 GILBERT TERRACE              SSN-xxx-xx-4643
MACHESNEY PARK, IL  61115

Case filed on:           11/2/2006
Plan Confirmed on:         1/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $8,105.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | SHIRLEY A. WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | ALPINE BANK & TRUST CO | 7,586.80 | 7,586.80 | 2,110.66 | 0.00 |
| 002 | MIDWEST TITLE LOANS | 606.76 | 450.00 | 450.00 | 22.33 |
| 003 | OLD REPUBLIC INSURANCE CO | 5,699.28 | 5,699.28 | 1,142.47 | 862.25 |
|  | Total Secured | 13,892.84 | 13,736.08 | 3,703.13 | 884.58 |
|  |  |  |  |  |  |
| 002 | MIDWEST TITLE LOANS | 0.00 | 156.76 | 0.00 | 0.00 |
| 004 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,706.68 | 1,706.68 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 711.39 | 711.39 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 496.90 | 496.90 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CRUSADER CLINIC | 264.70 | 264.70 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 3,158.85 | 3,158.85 | 0.00 | 0.00 |
| 011 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 521.12 | 521.12 | 0.00 | 0.00 |
| 013 | B-LINE LLC | 1,346.81 | 1,346.81 | 0.00 | 0.00 |
| 014 | IHC SWEDISH AMERICAN EMERGENCY PHY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ACCOUNT RECOVERY SERVICES | 276.00 | 276.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 9,160.49 | 9,160.49 | 0.00 | 0.00 |
| 017 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCK RIVER WATER RECLAMATION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SCHLUETER, ECKLUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROUNDUP FUNDING LLC | 833.53 | 833.53 | 0.00 | 0.00 |
| 023 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | US BANK/RETAIL PAYMENT SOLUTIONS | 624.14 | 624.14 | 0.00 | 0.00 |
| 026 | U.S. ENERGY SAVINGS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD CARDIOLOGY ASSOCIATES | 29.00 | 29.00 | 0.00 | 0.00 |
| 028 | NICOR GAS | 126.58 | 126.58 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 695.00 | 695.00 | 0.00 | 0.00 |
|  | Total Unsecured | 19,951.19 | 20,107.95 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 36,844.03 | 36,844.03 | 6,703.13 | 884.58 |

Total Paid Claimant:        $7,587.71
Trustee Allowance:         $517.29          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00     discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  09/26/2008          By  _/s/Heather M. Fagan_____